# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1135** | **September Term, 2023** |
| | EPA-89FR42932 |
| | **Filed On:** July 18, 2024 |

Denka Performance Elastomer LLC,

      Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

      Respondents

------------------------------

Air Alliance Houston, et al.,
      Intervenors

------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252

**O R D E R**

    It appearing that these consolidated cases present potential problems of duplicative briefing, it is

    **ORDERED**, on the court's own motion, that the parties submit by August 19, 2024, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                             BY:    /s/
                                           Lynda M. Flippin
                                           Deputy Clerk