ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Denka Performance Elastomer LLC<br><br>*Petitioner*<br><br>v.<br><br><br>Environmental Protection Agency and Michael Regan, Administrator, United States Environmental Protection Agency,<br><br>*Respondents*<br><br><br>Air Alliance Houston, et al.,<br><br>*Intervenors* | **No. 24-1135**<br>Consolidated with 24-1228, 24-1246, 24-1249, 24-1250, 24-1251, 24-1252 |

## JOINT RESPONSE TO ORDER RE PROPOSED BRIEFING FORMATS FOR CONSOLIDATED CASES

The Parties in these consolidated cases file this Response to the Court's Order on July 18, 2024, which requested that the Parties submit proposed formats for briefing of the cases by August 19, 2024. The Parties hereby request an extension of 30 days from that date – to September 19, 2024 – to file such proposed formats for the reasons set forth below. All Industry Petitioners (24-1135, 24-1249, 24-1250, 24-1251, 24-1252) as well as State Petitioners (24-1228 and 24-1246) support this Response. Respondents (EPA) do not oppose it.

Respondent-Intervenors take no position on the requested extension and reserve the right to take a position after viewing the request. Respondent-Intervenors are prepared to move forward with the Court's August 19 deadline and to resolve Petitioners' challenges expeditiously.[1]

The grounds for this Joint Response are as follows:

First, Petitioners here challenge a Final Rule issued by EPA entitled *New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry*, 89 Fed. Reg. 42932 (May 16, 2024). This Final Rule is actually a series of complex revisions by EPA to several Clean Air Act regulations under different regulatory programs (New Source Performance Standards (NSPS) and National Emission Standards for Hazardous Air Pollutants (NESHAPs)) that EPA has consolidated into a single package.[2] Industry and State Petitioners believe that certain provisions of the Final Rule are unlawful, but need more time to formulate precisely those issues they intend to brief in this challenge.

---

[1] These include Sierra Club, California Communities Against Toxics, Air Alliance Houston, Environmental Integrity Project, Concerned Citizens of St. John, RISE St. James Louisiana, Louisiana Environmental Action Network, Texas Environmental Justic Advocacy Services, Air Alliance Houston, California Communities Against Toxics.

[2] *See id* at 42942-45 (detailing the NESHAPs and NSPS standards addressed in the rules).

2

Second, various provisions impact Petitioners differently. Accordingly, some Petitioners have already or may file administrative petitions for reconsideration with EPA. Parties may seek to stay the court case, at least with respect to those issues. Others may seek to sever out particular issues and request expedited briefing and a quick resolution by this Court.

Finally, while some Petitioners have filed their nonbinding issue statements (24-1135 and 24-1228), the court's order on July 16, 2024 (Doc. No. 2064929), does not require any party to file its issue statement until August 15, 2024. Because the Parties do not know the precise number of issues raised, the Parties are not in a position at this time to make a recommendation to the Court on a proposed briefing format or word limits in briefs to be filed.

For all of these reasons, the Parties respectfully request that the Court grant an additional 30-day extension to September 19 for a joint proposal regarding formats for the briefing of these cases.

                    Respectfully submitted,

                    /s/ David Friedland
                    David Friedland
                    BEVERIDGE & DIAMOND, PC
                    1900 N Street, NW, Suite 100
                    Washington, DC 20036
                    202-285-4326
                    dfriedland@bdlaw.com

                    *Counsel for Petitioners American Chemistry Council and Louisiana Chemical Association*

                                      Richard Moskowitz
                                      Tyler Kubik
                                      AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS
1800 M Street, NW, Suite 900 North
Washington, DC 20036
rmoskowitz@afpm.org
*Counsel for American Fuel & Petrochemical Manufacturers*

*Of Counsel:*

Elliott Zenick
American Chemistry Council
700 Second Street NE
Washington, DC 20002

James C. Percy
JONES WALKER LLP
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
jpercy@joneswalker.com

Robert E. Holden
Brett S. Venn
JONES WALKER LLP
201 St. Charles Ave
New Orleans, LA 70170
(504) 582-8000
bholden@joneswalker.com
bvenn@joneswalker.com

*/s/ David A. Super*
David A. Super
Jason B. Hutt
Jeffrey R. Holmstead
Britt Cass Steckman
Kevin M. Voelkel
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20036
(202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

***Counsel for Petitioner Denka Performance Elastomer LLC***

4

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA
Solicitor General
KELSEY L. SMITH
Deputy Solicitor General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6766
AguinagaJ@ag.louisiana.gov
SmithKel@ag.louisiana.gov

*Counsel for the State of Louisiana and Louisiana Department of Environmental Quality*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Wesley S. Williams*
WESLEY S. WILLIAMS
Assistant Attorney General
D.C. Circuit Bar No. 63716
Wesley.Williams@oag.texas.gov

ROEL TORRES
Assistant Attorney General
Roel.Torres@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 473-2012 | Fax: (512) 320-0911

*Attorneys For Petitioner The State Of Texas*

/s/ Eric P. Gotting
Eric P. Gotting
Gregory A. Clark
Keller and Heckman LLC
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Phone: (202) 434-4100
Facsimile: (202) 434-4646
Email: gotting@khlaw.com
Email: clarkg@khlaw.com

*Counsel for Vinyl Institute, Inc.*

/s/ Allen A. Kacenjar
Allen A. Kacenjar
John D. Lazzaretti
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
allen.kacenjar@squirepb.com
john.lazzaretti@squirepb.com

*Counsel for Huntsman Petrochemical LLC*

/s/ Patton Dycus
Patton Dycus
Environmental Integrity Project
919 Millworks Way
Bozeman, MT 59715
(404) 446-6661
pdycus@environmentalintegrity.org

/s/ Abel Russ
Abel Russ
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, DC 20006
(802) 482-5379
aruss@environmentalintegrity.org

*Counsel for Petitioners Sierra Club, California Communities Against Toxics, Air Alliance Houston, and Environmental Integrity Project*

/s/ Adam Kron
Adam Kron
Kathleen Riley
Deena Tumeh
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 667-4500
akron@earthjustice.org
kriley@earthjustice.org
dtumeh@earthjustice.org
*Counsel for Petitioners Concerned Citizens of St. John, RISE St. James Louisiana, Louisiana Environmental Action Network, Texas Environmental Justice Advocacy Services, Air Alliance Houston, California Communities Against Toxics, Environmental Integrity Project, and Sierra Club*

6

## CERTIFICATE OF COMPLIANCE

The foregoing Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and Circuit R. 27, because it contains 489 words, excluding those parts of the Motion exempted by Fed. R. App. P. 32(f). I further certify that the foregoing brief also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared using Microsoft Word 365 in 14-point proportionally spaced Times New Roman font.

Respectfully submitted,

/s/ David Friedland
David Friedland
BEVERIDGE & DIAMOND, PC
1900 N Street, NW, Suite 100
Washington, DC 20036
202-285-4326
dfriedland@bdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2024, the foregoing Motion was served electronically on all registered counsel through the Court's CM/ECF system on all registered counsel.

Respectfully submitted,

/s/ David Friedland
David Friedland