# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| No. 24-1135 | September Term, 2024 |
| | EPA-89FR42932 |

Filed On: March 7, 2025 [2104583]

Denka Performance Elastomer LLC,

    Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Air Alliance Houston, et al.,
    Intervenors

------------------------------

Consolidated with 24-1228, 24-1246, 24-1249, 24-1250, 24-1251, 24-1252

**O R D E R**

Upon consideration of respondent' motion to hold cases in abeyance; respondents' motion to withdraw the motion to hold cases in abeyance; and respondents' unopposed motion to extend the briefing deadlines by ninety-days, it is

**ORDERED** that the motion to withdraw be granted. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the motion to extend time be granted and the following revised briefing schedule will now apply:

| | |
|---|---|
| Respondents' Brief | July 21, 2025 |
| Environmental Respondent-Intervenors' Brief | August 4, 2025 |
| Industry and State Petitioners' Reply Brief | August 20, 2025 |
| Environmental Petitioners' Reply Brief | August 20, 2025 |
| Deferred Appendix | August 27, 2025 |
| Final Briefs | September 10, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk